IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LARRY JERONE GRADY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 3:11-CV-430-WKW |
| | ) |
| KENNETH JONES, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## **ORDER**

On January 21, 2014, the Magistrate Judge filed a Recommendation in this case. (Doc. # 65.) On February 13, 2014, Petitioner filed objections. (Doc. # 68.) The court has conducted an independent and *de novo* review of those portions of the Recommendation to which the objections are made. *See* 28 U.S.C. § 636(b)(1). The court concludes that the objections are without merit and that the Magistrate Judge's Recommendation is due to be adopted.

Accordingly, it is ORDERED as follows:

1. Petitioner's objections (Doc. # 68) are OVERRULED;

2. The Recommendation (Doc. # 65) is ADOPTED;

3. The petition for habeas corpus relief is DENIED;

4. This case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 26th day of February, 2014.

                                        /s/ W. Keith Watkins
                                CHIEF UNITED STATES DISTRICT JUDGE